UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**

**VERSUS**

**DARLENE V. KRUEGER**

**CRIMINAL**

**NO. 15-120-JWD-RLB**

## ORDER

**IT IS ORDERED** that all witnesses shall be sequestered during the course of this trial. Therefore, while the trial is being conducted, all witnesses must remain outside of the courtroom. No witness shall be permitted to discuss his or her testimony with any other witness. No witness shall be permitted to tell another witness what his or her testimony is, was, or will be, nor shall a witness be permitted to ask another witness what his or her testimony is, was or will be. Furthermore, no witness shall be permitted to watch, listen to or read any news account of this case. The witnesses may talk to any of the lawyers in the case, but are not required to do so.

It shall be the responsibility of the lawyers to give a copy of this order to each of their respective witnesses.

Signed in Baton Rouge, Louisiana, on <u>March 14, 2016</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**